**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JAMES A. SMITH, JR.,**

    Plaintiff(s),

**-vs-**

**CASE NO.     3:10-CV-293**

**District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the ALJ's non-disability finding is supported by substantial evidence and is **AFFIRMED**; and this case is **CLOSED.**

Date:   September 6, 2011        **JAMES BONINI, CLERK**

        By: s/ M. Rogers
        Deputy Clerk